IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**RANDY ALAN BRAVERMAN,**

    **Plaintiff,**

**v.**                                                     **Civil Action No. 3:21cv353**

**HAROLD W. CLARKE,** *et al.,*

    **Defendants.**

## MEMORANDUM OPINION

By Memorandum Order entered on July 7, 2021, the Court conditionally docketed Plaintiff's action. (ECF No. 3.) At that time, the Court admonished Plaintiff that he must keep the Court informed as to his current address should he be transferred or released. (*Id.* 3.) The Court warned Plaintiff that his failure to do so could result in the dismissal of this action. (*Id.*) On September 27, 2021, the United States Postal Service returned a Memorandum Order entered on August 13, 2021, to the Court marked, "RETURN TO SENDER," "ADDRESSEE NOT IN OUR FACILITY," and, "UNABLE TO FORWARD." (ECF No. 9, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b).[1] Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

---

[1] This Rule allows for dismissal of an action or claim "[i]f the plaintiff fails to prosecute or to comply with [the Federal Rules of Civil Procedure] or a court order." Fed R. Civ. P. 41(b).

An appropriate Order shall accompany this Memorandum Opinion.

/s/
M. Hannah Lauck
United States District Judge

Date: 11-18-21
Richmond, Virginia